# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Helen Louise Curry**
    Debtor

Case No.:   10–40776–LWD
Judge:   Lamar W. Davis Jr.

Chapter:   7

## NOTICE OF DEFICIENCY

Helen Louise Curry, 222 East 37th Street, #409, Savannah, GA 31401

The pleading or document, Voluntary Petition, Schedule C – Property Claimed as Exempt, Schedule E – Creditors Holding Unsecured Priority Claims, Statement of Financial Affairs, Chapter 7 Statement of Current Monthly Income and Means–Test Calculation , which you recently filed in the above captioned case is deficient for the reason(s) indicated:

- ( ☐ ) Cost not paid. Filing fee of $ due. Check must be payable to Clerk, U.S. Bankruptcy Court. Debtor checks are not accepted.
- ( ☐ ) Document unsigned or does not contain original or electronic signature.
- ( ☐ ) The name of the Filing User under whose log–in and password the document is submitted must be preceded by an "s/" and typed in the space where the signature would otherwise appear pursuant to ECF Local Rule 8.
- ( ☐ ) Amendments must be verified by debtor(s).
- ( ☐ ) The pdf image attached is incorrect. Please re–docket the pleading and attach the correct pdf image.
- ( ☐ ) A proposed Order must accompany the pleading (Local Bankruptcy Rule 9072–1(a)).
- ( ☐ ) The language in your proposed order must be consistent with the relief prayed for in your objection or motion.
- ( ☐ ) Service of process on an insured depository institution shall be made by certified mail addressed to an officer of the institution unless the institution has appeared by its attorney, in which case the attorney shall be served by first–class mail.
- ( ☐ ) Pursuant to Rules 9014 and 7004, service upon corporations and associations must be made to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process.
- ( ☐ ) Amended Certificate of Service must be submitted.
- ( ☐ ) Documents must comply with the Court's negative notice procedure. Notice of these procedures and copies of these forms are available on the Court's website at www.gasb.uscourts.gov.
- ( ☐ ) Please file a Debtor's Declaration RE: Electronic Filing for the above mentioned pleading.
- ( ☑ ) Please Amend to new form (04/10) the Voluntary Petition, Schedule C – Property Claimed as Exempt, Schedule E – Creditors Holding Unsecured Priority Claims, Statement of Financial Affairs, Chapter 7 Statement of Current Monthly Income and Means–Test Calculation
- ( ☑ ) The pleading or document will be held in abeyance. If the deficiency indicated above is not cured, ***on or before April 22, 2010*** , the matter may be dismissed or denied.

    *Samuel L. Kay, CLERK*
    United States Bankruptcy Court
    PO Box 8347
    Savannah, GA 31412

Dated **April 9, 2010**
*B–57[Rev. 12/09]* **LKG**