# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Helen Louise Curry**
    Debtor

Case No.:  10–40776–LWD

Judge:  Lamar W. Davis Jr.

Chapter:  7

## NOTICE OF TIME TO OBJECT TO A FINDING OF DEBTOR'S COMPLIANCE WITH THE REQUIREMENTS OF 11 U.S.C. § 521(i)

    Notice is hereby given that the Bankruptcy Code requires that certain papers be filed not later than forty–five (45) days after the filing of the petition unless a request for an extension of time to file the required papers is filed within that 45–day period. Failure to file the required papers will result in the case being automatically dismissed effective on the 46th day after the filing of the petition. It appears that the case of the above–captioned individual Debtor(s') is <u>not subject</u> to the automatic dismissal under 11 U.S.C. § 521(i).

    Therefore, pursuant to General Order 2007–5, this bankruptcy case will not be automatically dismissed under that section unless an objection is filed within twenty–one (21) days of the date of this notice.


**Samuel L. Kay, CLERK**
United States Bankruptcy Court
PO Box 8347
Savannah, GA 31412

Dated **May 24, 2010**

*GASB–61 (Rev.03/07)* **LKG**