FILED

2010 JUN 15 AM 10: 14

B 23 (Official Form 23) (12/08)

U.S. BANKRUPTCY COURT
SAVANNAH, GA.
SAMUEL L. KAY, CLERK

# UNITED STATES BANKRUPTCY COURT

In re __HELEN CURRY__,
        (Debtor)

Case No. __10-40776__

Chapter __7__

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, __Helen Curry__ *(Printed Name of Debtor)*, the debtor in the above-styled case, hereby certify that on __June 12, 2010__ *(Date)*, I completed an instructional course in personal financial management provided by __Academy of Financial Literacy__ *(Name of Provider)*, an approved personal financial management provider.

Certificate No. (if any): __11557-GA0-DE-011293598__

Signature of Debtor: __Helen Curry__

Date: __6-12-2010__

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 11557-GAS-DE-011293598

Bankruptcy Case Number: 10-40776



11557-GAS-DE-011293598

# CERTIFICATE OF DEBTOR EDUCATION

*I* CERTIFY that on <u>June 12, 2010</u>, at <u>11:01</u> o'clock <u>PM MDT</u>, <u>Helen L. Curry</u> completed a course on personal financial management given <u>by internet</u> by <u>Academy of Financial Literacy</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Georgia</u>.

Date: <u>June 12, 2010</u>           By:     <u>/s/Phillip Eugene Day</u>

                                Name:  <u>Phillip Eugene Day</u>

                                Title:   <u>Owner</u>