# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Helen Louise Curry**  
    Debtor

Case No.:   10–40776–LWD  
Judge:   Lamar W. Davis Jr.  

Chapter:   7

## ORDER PURSUANT TO 11 U.S.C. § 521(i)

After notice and an opportunity for hearing, the Court finds that Debtor(s) has complied with the provisions of 11U.S.C. § 521(i) and is NOT SUBJECT TO AUTOMATIC DISMISSAL.



Lamar W. Davis Jr.  
United States Bankruptcy Judge  
PO Box 8347  
Savannah, GA 31412

Dated **June 17, 2010**

*GASB−62 (Rev.03/07)* **LKG**