# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Helen Louise Curry**
    Debtor

Case No.:  10–40776–LWD
Judge:  Lamar W. Davis Jr.

Chapter:  7

## NOTICE OF TIME TO OBJECT TO DISCHARGE

Pursuant to 11 U.S.C. §§ 727(a)(12) and 1328(h), notice is hereby given that it appears to the Court that the above−named Debtor(s) is/are entitled to a discharge. Unless a party submits an objection based upon 11 U.S.C. §522(q) within thirty (30) days of the date hereof, a discharge will be entered in this case. If no objection is timely filed, a discharge will be entered within fourteen (14) days of the deadline. If an objection is filed, a hearing will be set.

*Samuel L. Kay, CLERK*
United States Bankruptcy Court
PO Box 8347
Savannah, GA 31412

Dated **October 12, 2010**

*GASB−66 (rev 11/09)* **KR**